**Dwayne A. CULPEPPER,**
**Plaintiff–Appellant**

**v.**

**TEXAS ALCOHOLIC BEVERAGE COMMISSION; Craig Bobo, Texas Alcoholic Beverage Commission Employee; individually and in his official capacities; Lieutenant R H "Hank" Blanchard, Texas Alcoholic Beverage Commission, individually and in his official capacities; Reese Bowen, Chief, individually; The Childress Index; Chris Blackburn, Editor, individually and in his official capacities; Michael Pigg, Childress County Sheriff, individually and in his official capacities; Jennifer Foster, District Director for State Senator Rob-** **ert Duncan, individually and in her official capacity; Adam Bishop, individually; Bishop Enterprises, Defendants–Appellees.**

**No. 08–50080**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 12, 2008.

Grover Glenn Hankins, Houston, TX, for Plaintiff–Appellant.

Robert F. Johnson, III, Office of the Attorney General, General Litigation Division, Austin, TX, Lee Ann Reno, Sprouse Shrader Smith, Deborah Diane Reeves, Mayfield, Crutcher & Sharpee, Amarillo, TX, Richard Eugene Norman, Crowley Douglas & Norman, Houston, TX, Charlotte D. Bingham, Crenshaw, Dupree & Milam, Lubbock, TX, for Defendants–Appellees.

Before WIENER, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant Dwayne A. Culpepper appeals the November 19, 2007 Final Judgment of the district court, separately rendered to effectuate the court's Order on Report and Recommendation of the United States Magistrate Judge of October 22, 2007, overruling Culpepper's objections, approving and accepting said Report and Recommendation, granting the several dismissal motions of the various defendants, and dismissing Culpepper's myriad claims

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

against the multitude of defendants. As Culpepper and all parties defendant have urged that oral argument not be heard in this appeal, we have carefully reviewed the record on appeal, including, without limitation, the exhaustive Report and Recommendation of the magistrate judge and the Order of the district court thereon, as a result of which we are convinced that the Final Judgment of the district court should be affirmed in all respects.

AFFIRMED.